AO 247 (Rev. 11/11) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)     Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

FILED
NOV 21 2014
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

United States of America
v.
Damian J. Knowlin

Case No: 4:06cr42-1
USM No: 58123-019
Pro Se
_Defendant's Attorney_

Date of Original Judgment: 12/7/2006
Date of Previous Amended Judgment: 5/19/2010
(Use Date of Last Amended Judgment if Any)

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG § 1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☒ **DENIED.**    ☐ **GRANTED** and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated 5/19/2010 shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 11-21-14

/s/
Rebecca Beach Smith
Chief United States District Judge
*Judge's signature*

Effective Date: _____
*(if different from order date)*

Rebecca Beach Smith, Chief United States District Judge
*Printed name and title*