

```
FILED
JAN 30 2019
CLERK, U.S. DISTRICT COURT
NORFOLK, VA
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Newport News Division

**UNITED STATES OF AMERICA,**

v.                CRIMINAL NO. 4:06cr42

**DAMIAN J. KNOWLIN,**

         **Defendant.**

### ORDER

The Defendant's supervision began on August 28, 2017. A petition alleging violations of supervised release was filed on October 3, 2018. Addenda to the petition were filed on October 16, 2018, and October 22, 2018. The court held a hearing on these alleged violations on January 30, 2019. Appearing with counsel, the Defendant stipulated to the violations contained in the petition and the addenda.

Upon the Defendant's stipulation and for the reasons stated from the bench, the court **FINDS** that the Defendant has violated the terms of supervised release as set forth in the petition filed on October 3, 2018, and the addenda filed on October 16, 2018, and October 22, 2018. Accordingly, on joint motion of the Assistant United States Attorney and counsel for the Defendant, the court **WITHHOLDS** disposition of the violations pending any further violations on supervised release.

The Defendant shall comply with the standard conditions supervised release that have been adopted by this court. All of the special conditions of supervised release previously imposed in the court's judgment entered on December 6, 2006, and filed on December 7, 2006, shall remain in full force and effect, along with the Waiver of Hearing to Modify Conditions of Supervised Release entered and filed on April 27, 2018.

The Clerk is **DIRECTED** to forward a copy of this Order to defense counsel, the Assistant United States Attorney, the United States Marshal, and the United States Probation Officer.

**IT IS SO ORDERED.**

/s/
Rebecca Beach Smith
United States District Judge

Rebecca Beach Smith
United States District Judge

January 30, 2019